UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civ. No. 00-1845 ADM/AJB

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) | |
| v. | ) | ORDER |
| LOUIS FRILLMAN, Defendant. | ) | |

This matter comes before the Court on the motion of the United States, without a hearing, for an Extension of Time for Service of the Summons. Mary Trippler, Assistant United States Attorney, appears for the United States.

Based upon the affidavit of counsel and upon all the files, records and proceedings herein,

IT IS ORDERED that plaintiff is granted an additional 120 days for service of the Summons and Complaint upon defendant.

Dated: 12/26/00

United States Magistrate-Judge

DEC 26 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK